1
2
3                     UNITED STATES DISTRICT COURT
                   WESTERN WASHINGTON OF WASHINGTON
4                              AT SEATTLE
5
6
7   TYREE BELLINGER,                       CASE NO.    C06-784-RSL-MJB
8            Plaintiff,
                                           ORDER DENYING APPLICATION
9        vs.                               TO PROCEED IN FORMA
                                           PAUPERIS AND DISMISSING
10  STATE OF WASHINGTON, et al.,           CASE
11           Defendant(s).
12
13
14       The application by plaintiff for leave to proceed   in forma pauperis was incomplete or
15  defective as set forth in the memorandum from the clerk to plaintiff on 6/6/2006.  The clerk advised
16  plaintiff that failure to correct the deficiency or pay the filing fee on or before 7/6/2006 could result
17  in dismissal of the case.  Plaintiff has neither paid the filing fee nor adequately supplemented the
18  application to proceed in forma pauperis.
19
20       It is therefore ORDERED:
21       (1)    The application to proceed in forma pauperis is DENIED;
22
23  /     /     /     /
24
25  /     /     /     /
26
27  ORDER DENYING APPLICATION TO
    PROCEED IN FORMA PAUPERIS AND
28  DISMISSING CASE - C06-784-RSL-MJB          1

1     (2)    The case is DISMISSED;

2     (3)    The clerk is directed to send copies of this Order to plaintiff and to Magistrate Judge Monica J. Benton.

Dated this 25th day of July, 2006.

*[signature]*

Robert S. Lasnik
United States District Judge

Recommended for entry this
24th day of July, 2006.

  /s/Monica J. Benton
Monica J. Benton
United States Magistrate Judge

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
DISMISSING CASE - C06-784-RSL-MJB    2